**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Kevin M. Kreutz, SBN 264654
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants MARK SIEMENS and CITY OF ROCKLIN (sued herein as CITY OF ROCKLIN and ROCKLIN POLICE DEPARTMENT)
*Public entity exempt from filing fee pursuant to Gov't Code Section 6103*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON OLIVERA and STEVEN ORTMANN,<br><br>     Plaintiffs,<br><br>  v.<br><br>BRIAN VIZZUSI; MARK SIEMENS; CITY OF LINCOLN; CITY OF ROCKLIN; LINCOLN POLICE DEPARTMENT; and ROCKLIN POLICE DEPARTMENT;<br><br>     Defendants.<br>_____/ | Case No.: 2:10-CV-01747-WBS-GGH<br><br>**ORDER GRANTING DEFENDANTS MARK SIEMENS AND CITY OF ROCKLIN'S UNOPPOSED REQUEST TO SEAL DOCUMENTS**<br>**[E.D. LOCAL RULE 141]**<br><br>Complaint filed: 7/7/10<br>First Amended Complaint filed: 9/9/10<br>Second Amended Complaint filed: 11/19/10 |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants Defendants' Request to Seal Documents in Defendants' Motion to Dismiss. The documents shall remain sealed until otherwise ordered. If any party or other interested person wishes to have the documents, or any portion thereof, unsealed that party or other person shall file an application with the court and serve all other parties to this action with a copy of such application. The unredacted documents provided to the Court by Defendants and all other components to the Motion are ordered to be filed under seal by the clerk of the Court.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1
00848932.WPD

[PROPOSED] ORDER GRANTING DEFENDANTS MARK SIEMENS AND CITY OF ROCKLIN'S REQUEST TO SEAL DOCUMENTS

1 DATED: December 7, 2010

2

3 _____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2

00848932.WPD

[PROPOSED] ORDER GRANTING DEFENDANTS MARK SIEMENS AND CITY OF ROCKLIN'S REQUEST TO SEAL DOCUMENTS

**Olivera, et al. v. Vizzusi, et al.**
**U.S.D.C., Eastern District Case No. 2:10-CV-01747-WBS-GGH**

## DECLARATION OF SERVICE

I am a citizen of the United States and a resident of Sacramento County, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 350 University Avenue, Suite 200, Sacramento, California.

On the date indicated below, I served the following:

**[PROPOSED] ORDER GRANTING DEFENDANTS MARK SIEMENS AND CITY OF ROCKLIN'S REQUEST TO SEAL DOCUMENTS**

✔   BY MAIL. I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California, after the close of the day's business.

_____   BY PERSONAL SERVICE. I caused such document to be delivered by hand to the person(s) listed below.

_____   BY FACSIMILE TRANSMISSION AND MAIL. I caused such document to be transmitted via facsimile to the numbers below, with copies following by United States mail at Sacramento, California.

_____   BY OVERNIGHT DELIVERY. I caused such document to be delivered overnight to the office of the person(s) listed below.

| **Attorneys for Plaintiffs** | **Attorneys for Defendants** <br> **City of Lincoln and Lincoln Police Department** |
|---|---|
| David E. Mastagni, Esq. (SBN 204244) <br> James B. Carr, Esq. (SBN 53274) <br> Isaac S. Stevens, Esq. (SBN 251245 <br> MASTAGNI HOLSTEDT AMICK MILLER & JOHNSEN <br> 1912 I Street <br> Sacramento, CA 95811-3151 <br> Tel: 916-491-4269 <br> Fax: 916-492-4254 <br> Email: davidm@mastagni.com <br> Email: jcarr@mastagni.com <br> Email: istevens@mastagni.com | Carolee G. Kilduff, Esq. (SBN 107232) <br> Cori R. Sarno, Esq. (SBN 230559) <br> ANGELO, KILDAY & KILDUFF <br> 601 University Avenue, Suite 150 <br> Sacramento, California 95825 <br> Tel: 916-564-6100 <br> Fax: 916-564-6263 <br> E-mail: ckilduff@akk-law.com <br> Email: csarno@akk-law.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Sacramento, California on December 6, 2010.

/s/ Brook Yarnell<br>Brook Yarnell

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com